UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


**<u>ORDER OF REASSIGNMENT</u>**


Pursuant to the Retirement of Judge Peter A. Nowinski, and good cause appearing therefore:

IT IS HEREBY ORDERED this action is reassigned from **Magistrate Judge** <u>Peter A. Nowinski</u> to **Magistrate Judge** <u>Edmund F. Brennan</u> for all purposes.

The new case number for this action, which must be used on all future documents filed with the court, is: 2:03-cv-1737 EFB (SS).

All dates currently set in this reassigned actions shall remain pending subject to further order of the court.


Dated:  **July 14, 2008**

/s/ Anthony W. Ishii
ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE